IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberto Romero-Lopez,<br>　　　　　Petitioner,<br>v.<br>Jeff B. Sessions, et al.,<br>　　　　　Respondents. | No. CV-18-00161-PHX-SPL<br><br>**ORDER** |

On January 16, 2018, Petitioner Roberto Romero-Lopez, who was then confined in the Eloy Detention Center, filed, through counsel, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), paid the filing fee, and sought a Temporary Restraining Order and a Preliminary Injunction (Doc. 3). By Order dated January 18, the Court denied Petitioner's request for a Temporary Restraining Order, but directed Respondents to answer the Petition and respond to the Motion for Preliminary Injunction on an expedited basis. On February 1, however, Petitioner filed a Motion to Dismiss (Doc. 15) on the basis that he had been granted a voluntary departure on January 31, 2018, and the matter was now moot. On February 8, 2018, the referred Magistrate Judge filed a Report and Recommendation (R&R) (Doc. 18) recommending that the Motion to Dismiss be granted, and that the matter be dismissed as moot. No party has objected to the R&R. Further, on its own review of the record, the Court will accept the R&R. Petitioner's Motion to Dismiss will be granted, and the Petition and Motion for Preliminary Injunction will be dismissed as moot.

**IT IS ORDERED:**

(1) Magistrate Judge Eileen S. Willet's Report and Recommendation (Doc. 18) is **accepted.**

(2) Petitioner's Motion to Dismiss (Doc. 15) is **granted**.

(3) The Petition (Doc. 1) and Petitioner's Motion for Preliminary Injunction (Doc. 3) is **dismissed as moot**.

(4) The Clerk of Court must **enter judgment accordingly and close this case**.

Dated this 28th day of February, 2018.

Honorable Steven P. Logan
United States District Judge